**Order filed August 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00105-CR
_____

### SOLOMON KOFI EQUAM, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 184th District Court
Harris County, Texas
Trial Court Cause No. 1210061**

## ORDER

Appellant's retained counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Counsel filed a motion to withdraw which has been granted. *See See* Tex. R. App. P. 6.5. Before considering the merits of this appeal, we provide appellant the opportunity to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 184th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that

the clerk of that court furnish the record to appellant on or before **September 7, 2012;** that the clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM